USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

-v.- : INFORMATION

STEVEN GOLDSTEIN, : 10 CRIM 931
a/k/a "Goldie,"

Defendant. :

- - - - - - - - - - - - - - - - - - -x

**COUNT ONE**

The United States Attorney charges:

1. From at least in or about 1998, up to and including in or about July 2009, in the Southern District of New York and elsewhere, STEVEN GOLDSTEIN, a/k/a "Goldie," the defendant, being an employee of the Postal Service, unlawfully, willfully and knowingly did, under color of purchase and otherwise, vend lottery tickets, and deliver a letter, package, postal card, circular, and pamphlet advertising a lottery, gift enterprise, and similar scheme, offering prizes dependent in whole and in part upon lot and chance, and a ticket, certificate, and instrument representing a chance, share, and interest in and dependent upon the event of a lottery, gift enterprise, and similar scheme offering prizes dependent in whole and in part upon lot and chance, and a list of the prizes awarded by means of any such scheme, to wit, GOLDSTEIN, an employee of

the Postal Service, collected fees and distributed lottery books used for an illegal gambling business.

(Title 18, United States Code, Section 1303).

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STEVEN GOLDSTEIN,
a/k/a "Goldie,"

Defendant.

INFORMATION

09 Cr.

(18 U.S.C. § 1303)

PREET BHARARA
United States Attorney.

10-12-10 Deft. pres. with attorney Mr. Schwartz, A.U.S.A. Aimee Hector pres. Deft withdraws plea of Not Guilty and enters a plea of Guilty to Count #1. P.S.I Ordered. Sentence date set for Jan 18, 2011 @ 10:00. Case assigned to Judge Peck. Bail set at R.O.R.
NU

Peck
U.S.M.J